# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

**TO:**  
Suad Bektic

**In re:** Lindsey Noel Burns

**Case Number** 19−34231−KLP  
**Chapter** 13

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*30 −* Amended/Modified Chapter 13 Plan and Related Motions (Re: related document(s)13 Chapter 13 Plan and Related Motions filed by Lindsey Noel Burns) filed by Suad Bektic of New Day Legal, PLLC on behalf of Lindsey Noel Burns. Confirmation Hearing to be held on 11/18/2020 at 09:10 AM at Judge Phillips' Courtroom, 701 E. Broad St., Rm. 5100, Richmond, Virginia. Objections to Plan due by 11/12/2020. (Bektic, Suad)

**VOLUNTARY PETITION/AMENDMENT OR CONVERSION OF PETITION, LISTS OR SCHEDULES [FRBP 1007; IR 1007; LBR 1009−1]:**

__  Caption of Petition not in compliance with FRBP 1005. Social Security number or employer's tax identification number of debtor(s) incomplete or omitted. (NOTE: Only the last four digits of the SSN should appear on any document filed. The full SSN should only be entered electronically into ECF when the case is filed or submitted to the Court on Official Form 121.)

__  Corporate petition not accompanied by Corporate Ownership Statement [FRBP 1007(a)(1)]*

__  Not accompanied by a properly completed Amendment Cover Sheet*.

__  Not in substantial compliance with the correct version of the Amendment Cover Sheet*.

__  Not accompanied by notice to the United States Trustee, any trustee appointed, and to any and all entities affected by the amendment*.

__  **CONVENTIONAL (PAPER) FILINGS:** Creditors added by amendment or conversion (Schedule of Unpaid Debts): not accompanied by a list of additional creditors and signed cover sheet in the format specified by Clerk's Office [See LBR 1009−1(B)(1) or LBR 1017−1(A)(1)].

__  **ELECTRONIC (ECF) FILINGS:** Additional creditor(s) not added via Creditor Maintenance upon filing of Schedule of Unpaid Debts/Amended Schedules

**CHAPTER 13 PLAN AND RELATED MOTIONS [LBR 3015−2]:**

__  Not accompanied by a properly completed proof of service.

__  Not accompanied by a budget (copy of Schedules I and J attached to plan acceptable).

**x**  Modified Plan: Date, time and/or location of Modified Plan Confirmation Hearing omitted or incorrect. The debtor must obtain a new confirmation hearing date from the clerk PRIOR to filing a modified plan. The new confirmation hearing date must allow at least 35 days' notice and shall not be earlier than the date originally set for confirmation of the original plan [LBR 3015−2(F)(1)(C)]. To correct this error, the debtor must file a **Notice of Scheduled Confirmation Hearing** with the court and send a copy to all creditors and the trustee. The "notice" must indicate that if no objections are timely filed, a confirmation hearing will <u>not</u> be held.

__  **Special Notice to Secured Creditor −** Date objection due; Date and time of confirmation hearing and/or Place of confirmation hearing omitted or incorrect.

__

*\*A copy of the above−referenced form may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   October 8, 2020                   CLERK, UNITED STATES BANKRUPTCY COURT

                                          By <u>/s/ Linda Smith</u>, Deputy Clerk  
[igvolpplvOct18.jsp]                      Direct Dial Telephone No. <u>804−916−2412</u>

United States Bankruptcy Court

Eastern District of Virginia

In re:   Case No. 19-34231-KLP

Lindsey Noel Burns   Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0422-7 | User: smithla | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: ivolpl17 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lindsey Noel Burns, 3006 Water Creek Court Apt. 1 A, Midlothian, VA 23112-6640 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| John P. Fitzgerald, III | USTPRegion04.RH.ECF@usdoj.gov |
| Scott Wilder Carpenter | on behalf of Debtor Lindsey Noel Burns scott@newdaylegal.com carpentersr49876@notify.bestcase.com;rhonda@newdaylegal.com;andy@newdaylegal.com;christy@newdaylegal.com;robin@newdaylegal.com;sydney@newdaylegal.com |
| Suad Bektic | on behalf of Debtor Lindsey Noel Burns sbektic@newdaylegal.com bekticsr49876@notify.bestcase.com;rhonda@newdaylegal.com;robin@newdaylegal.com;christy@newdaylegal.com;sydney@newdaylegal.com;andy@newdaylegal.com |
| Suzanne E. Wade | ecfsummary@ch13ricva.com  trustee@ch13ricva.com;fred@cmc13.net |

TOTAL: 4